

FILED

MAR 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | Robert Amatrone, Nicholas Amatrone, Marla Sharlow
In Pro Se
2 | 1132 NE 3rd Ave
Boca Raton FL 33432
3 | Robertamatroneinc@yahoo.com

4 | U.S. DISTRICT COURT

5 | EASTERN DIVISION

| | |
|---|---|
| ROBERT AMATRONE, NICK AMATRONE, MARLA SHARLOW<br><br>Plaintiff,<br><br>vs.<br><br>Randy Champion, State Farm Fire and Casualty Company, Nationwide Mutual Automobile, Devin Bell, Contra Costa County District Attorney office, Contra Costa County Fire Protection District, Contra Costa Sheriff, Contra Costa County Superior Court, San Ramon Valley Fire District, State of California Department of Insurance, does 1-50 | Case No.: [Number]<br><br>2:15 - CV - 0 6 1 6 KJM CKD PS<br><br>COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE<br>FRAUD, DEFAMATION OF CHARACTER<br>FALSIFY EVIDENCE AND DOCUMENTS<br>PLANTING EVIDENCE<br>STAGING EVIDENCE<br>EMOTIONAL DISTRESS<br>ASSAULT OF A DISABLED PERSON<br>UNLAWFUL FORCED ENTRY<br>VIOLATING THE KNOCK RULE<br>UNLAWFUL BREAKING AND ENTERING<br>UNLAWFUL ENTRY INTO A TENANTS ROOM |

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 1

|   |                       | UNLAWFUL DETAINMENT |
|---|-----------------------|---------------------|
| 1 | ,                     | UNLAWFUL SEIZURE OF PROPERTY |
| 2 | Defendant             | DESTRUCTION OF PROPERTY |
|   |                       | FALSE IMPRISONMENT |
|   |                       | MALICE |
|   |                       | VIOLATION OF HIPPA ACT |
|   |                       | VIOLATION OF PRIVACY ACT |
|   |                       | HARRASSMENT |
|   |                       | VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS |
|   |                       | THEFT OF PERSONAL PROPERTY |
|   |                       | DESTRUTION OF PERSONAL PROPERTY |
|   |                       | COERCION |
|   |                       | CRIMINAL TRESPASS |
|   |                       | ET AL |

On or March 24th, 2014 a search warrant was issued by a Superior Court Judge at the request of Randy Champion on the basis of investigating a Rolex watch and a defective watch winder purchased from Estate Consignments and subsequently returned to the store for an estimate of repair and information of the owner and manufacturer. The first line of defense Randy Champion was a personal friend of the store owner and had purchased many items from the store, and entered into negotiations of many of the items in the store for his personal

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 2

use. With lack of cooperation from the consignment store, American Express Corporation suspended the transaction from the stores American Express receipts, allowing them 30 days to respond. Randy Champion was called by the owner as a personal favor to assist in writing a letter to American Express to uphold the charge. Randy Champion requested a search warrant from the superior court for a fishing as to the damage to the watch and winder. This is a clear violation as he may not us a civil case to obtain a search warrant and assist an acquaintance. He should have clearly removed himself as this was a conflict of interest. *People v. Superior Court (Bauman & Rose)* (1995) 37 Cal. App. 4th 1757 [4 Cal. Rptr. 2d 734] and *Geilim v. Superior Court* ((1991) 234 Cal. App. 3d 166 [285 Cal Rptr. 602]. Both case arose after a search warrant was issued pursuant to the provisions of Penal code Section 1524, subdivision (C) and client files were seized from attorneys' offices on the basis of probable cause to establish insurance fraud. Both cases concluded that the showing of probable cause to issue a search warrant did not rise to the level of prima facie showing to establish the crime/fraud exception. They each concluded that a further in camera hearing was appropriate to determine whether a prima facie showing existed to apply the exception.

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 3

1   In this situation, many files seized, along with computers and other equipment where privileged materials
2   are normally kept. The files relating to Nick Amatrone's insurance claim with State Farm were swept up in the
3   search teams broad net. These files and electronic items contained attorney client information regarding Nick
4   Amatrone's claim with State Farm. He had a hearing with a Contra Costa Superior Court with Judge Burch
5   regarding the return of these items. The judge granted the request but the items were never returned.
6   With faulty search warrant in hand, the search team yelled Sheriff's department and broke in the
7   front door at 228 Stone Valley Way.  Twenty Contra Sheriff officer's armed with hand guns and assault rifles came
8   in through the broken door. They pointed guns at Marla Sharlow and her son and the family dogs, and Champion
9   threw a soaking wet search warrant at Marla Sharlow's face while her hands were in the air with guns pointed at her.
10  She was not allowed to read it and when it was finally picked up it was illegible. They immediately ripped the wires
11  from the video surveillance system and motioned in another unmarked car from the hillside. This person proceeded
12  to carry in boxes containing Rolex watches and other plant evidence that was used for staging and photographing
13  different scenarios. Even a jewelry case from Marla Sharlow's room was carried into Nick's room and dumped on

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 4

velvet blanket on top of his desk scattering the jewelry everywhere. More was dumped in the master bathroom on the vanity and down the drain. The house was turned upside down, mud tracked in all over the white carpet and the garage turned upside down, boxes dumped. There was staging of various items done on the white fireplace heath with boxes of plant evidence brought onto the property. A water and graphite mixture was spray onto these items to leave an outline of these items on the hearth. A video back up system recorded their movements throughout supporting the illegal activities that were done by the various agencies.

        The attempted to violate Marla Sharlow's civil rights by lying to her, leading her to make false statements, threating her with arrest and loss of custody of her son. They coerced her into leaving the property so they could continue to plant evidence, by lying not being arrested if she cooperated and turned against her husband. They took her into the police department and lead her into answers to questions that were incriminating and proceeded to turn on and off the tape recorder as it suited them. They spit in her face, screamed at her and threaten her with her job. The force her into an emotional breakdown as they had obtained confidential medical records from Nationwide regarding medical leave for anxiety and stress and knew she could be manipulated.

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 5

1  Several attempts to overturn the search warrant were passed off from judge to judge in the Contra
2  Costa Superior Court as they were unfamiliar with the terminology as was the district attorney. However, with the
3  filings with the Contra Costa County district court, affidavits from tenants and acquaintances, we taken by the
4  investigators and use to threaten these individuals, while defaming the reputation and character of
5  Robert Amatrone to these individuals. They were lied to, coerced, threaten to change their testimony despite their
6  sworn statements. And they are all willing to testify in court despite these threats from these individuals regarding
7  the lies about Robert Amatrone and his family and also about the corruption of the government agencies.
8  The names of the various individuals have been withheld from us, however, once it is determined
9  who they were, they will be named in the suit.
10  We have filed claims for damages with each of the agencies involved as required and they have all
11  been rejected including the State of California Department of insurance as necessary to move forward with our
12  federal lawsuit.

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 6

We are seeking remedy of damages of $250,000,000.00 million dollars in damages from the various agencies, for personal injury, defamation, mental trauma, financial, emotional distress, medical, property damage, etc. We request a jury trial to resolve the issues and punitive damages.

Dated this 18 of March, 2015.

Robert Amatrone

Nicholas Amatrone

Marla Sharlow

COMPLAINT FOR UNLAWFUL SEARCH AND SEIZURE
FRAUD, DEFAMATION OF CHARACTER
FALSIFY EVIDENCE AND DOCUMENTS
PLANTING EVIDENCE
STAGING EVIDENCE
EMOTIONAL DISTRESS
ASSAULT OF A DISABLED PERSON
UNLAWFUL FORCED ENTRY
VIOLATING THE KNOCK RULE
UNLAWFUL BREAKING AND ENTERING
UNLAWFUL ENTRY INTO A TENANTS ROOM
UNLAWFUL DETAINMENT
UNLAWFUL SEIZURE OF PROPERTY
DESTRUCTION OF PROPERTY
FALSE IMPRISONMENT
MALICE
VIOLATION OF HIPPA ACT
VIOLATION OF PRIVACY ACT
HARRASSMENT
VIOLATION OF THE FIRST, FORTH, SIXTH AND FOURTEENTH AMENDMENTS
THEFT OF PERSONAL PROPERTY
DESTRUTION OF PERSONAL PROPERTY
COERCION
CRIMINAL TRESPASS
ET AL - 7