UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AMATRONE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RANDY CHAMPION, et al.,<br><br>    Defendants. | Case No.  15-cv-01356-JST<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AS MOOT**<br><br>Re: ECF No. 33 |

The Court is in receipt of Defendant State Farm Fire and Casualty Company's Request for Continuance of Case Management Conference Pending Hearing on Dispositive Motion.  ECF No. 33.  On June 2, 2015, the Case Management Conference previously scheduled for July 1, 2015, was continued to September 30, 2015, at 2:00 p.m.  ECF No. 30.  Accordingly, the request for a continuance at ECF No. 33 is denied as moot.

IT IS SO ORDERED.

Dated: June 4, 2015

_____
JON S. TIGAR
United States District Judge