United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AMATRONE, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> RANDY CHAMPION, et al., <br><br>   Defendants. | Case No.  15-cv-01356-JST <br><br> **SEALING ORDER** <br> Re: ECF No. 54 |

On June 10, 2015, Plaintiffs Robert Amatrone, Nick Amatrone, and Marla Sharlow, appearing pro se, filed their first amended complaint.  ECF No. 54.  Attached to the complaint are documents labeled, "Exhibit H: Medical Records for Judge only."  The Court has reviewed these medical and educational records, and concludes that good cause exists to place these documents under seal because they contain detailed personal information concerning the Plaintiffs.  See Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006); Fed. R. Civ. P. 26(c) ("The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense.").  Accordingly, the Court hereby places these records under seal.  If any party objects to this order, it may file a motion to unseal the documents.

IT IS SO ORDERED.

Dated: June 12, 2015

_____
JON S. TIGAR
United States District Judge