UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AMATRONE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RANDY CHAMPION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01356-JST<br><br>**ORDER RE MOTIONS TO DISMISS**<br><br>Re: ECF Nos. 8, 22, 26, 28, 32, 37, 40 |

Before the Court are six motions to dismiss the Complaint at ECF No. 1.  See ECF Nos. 8, 22, 26, 28, 32, 37.  On June 8, 2015, Plaintiffs timely served their Amended Complaint.  ECF Nos. 54, 55; see Fed. R. Civ. P. 5(b)(2)(c), 6(d), 15(a)(1)(B).  Accordingly, the pending motions to dismiss and Plaintiffs' Motion to Request Joinder of All Hearings of All Defendants' Motions Against Plaintiff, ECF No. 40, are denied as moot.  Any forthcoming motions under Rule 12(b), (e), or (f) shall be set for hearing on August 27th, 2015, at 2:00 p.m.

　　IT IS SO ORDERED.

Dated: June 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge