UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT AMATRONE, et al.,

    Plaintiffs,

v.

RANDY CHAMPION, et al.,

    Defendants.

Case No. 15-cv-01356-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 60, 61, 62, 63, 64, 65, 78

Before the Court are six motions to dismiss filed by: (1) Defendant Superior Court of California, County of Contra Costa County; (2) Defendants Contra Costa County, Contra Costa County Fire Protection District, Randy Champion, and Devon Bell; (3) Defendant State Farm Fire and Casualty Company; (4) Defendant California Department of Insurance; (5) Defendant Nationwide Mutual Insurance Company; and (6) Defendant San Ramon Valley Fire Protection District; and Plaintiffs' Motion for a Joinder of Additional Defendants.  ECF Nos. 60, 61, 62, 63, 64, 65, 78.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for August 27, 2015, is hereby vacated.

IT IS SO ORDERED.

Dated: August 18, 2015

                                    JON S. TIGAR
                              United States District Judge