UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AMATRONE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RANDY CHAMPION, et al.,<br><br>    Defendants. | Case No. 15-cv-01356-JST<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 89 |

Defendant Superior Court of California, County of Contra Costa's request to continue the Case Management Conference is granted. See ECF No. 89. The Case Management Conference is continued to December 2, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: September 22, 2015

_____
JON S. TIGAR
United States District Judge