UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT AMATRONE, et al.,

    Plaintiffs,

v.

RANDY CHAMPION, et al.,

    Defendants.

Case No. 15-cv-01356-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | June 29, 2016[1] |
| Initial disclosures under Fed. R. Civ. P. 26(a) | July 22, 2016 |
| Fact discovery cut-off | April 22, 2017 |
| Expert disclosures | May 13, 2017 |
| Expert rebuttal | June 3, 2017 |
| Expert discovery cut-off | June 17, 2017 |
| Deadline to file dispositive motions | July 8, 2017 |
| Pretrial conference statement due | September 19, 2017 |

---

[1] The effect of this deadline is to require that any party seeking further amendment of the pleadings demonstrate good cause under Rule 16 of the Federal Rules of Civil Procedure.

| Event | Deadline |
|---|---|
| Pretrial conference | September 29, 2017 at 2:00 p.m. |
| Trial | October 23, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

This case will be tried to a jury.

All deadlines for filing or service occur at 5:00 p.m. unless otherwise stated.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Case Management Conference currently scheduled for June 29, 2016 is vacated.  The motion to continue that conference, ECF No. 145, is denied as moot.

IT IS SO ORDERED.

Dated:  June 27, 2016

_____
JON S. TIGAR
United States District Judge